No. 68661.—Liebermann Waelchli & Co., N.Y., Inc. *v.* United States, protests 63/17804 and 63/17833 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

No. 68662.—Nordlight, Inc. *v.* United States, protest 59/34242 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.

JUNE 16, 1964

No. 68663.—Davies Turner & Co. *v.* United States, protests 63/20463 and 63/20464.—Protests abandoned May 22, 1964. (Not published.) Plaintiff's application for rehearing granted.

JUNE 17, 1964

No. 68664.—APPEAL 5128.—Bird Machine Company *v.* United States.—C.D. 2362 reversed January 23, 1964. C.A.D. 835.

No. 68665.—APPEAL 5147.—Remington Rand Div. of Sperry Rand Corp. *v.* United States.—C.D. 2377 affirmed March 12, 1964. C.A.D. 837.

JUNE 18, 1964

No. 68666.—APPEAL 5113.—Bob Stone Cordage Co. et al. *v.* United States.—C.D. 2331 affirmed March 12, 1964. C.A.D. 838.